UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 04-11988 WGY |
| v. | ) ) | |
| MOSKOWITZ MOTOR TRANSPORTATION, INC., | ) ) ) | |
| Defendant, | ) ) | |

**NOTICE OF DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41**

Now comes the Plaintiff, Fund Manager of the New England Teamsters and Trucking

Industry Pension Fund, to notify this Court that he wishes to dismiss the above-captioned action

without prejudice and with each party to bear its own costs pursuant to F.R.C.P. 41(a)(1)(i).

Dated:  November 15, 2004                    Respectfully submitted,

                                        _/S/ Catherine M. Campbell___
                                        Catherine M. Campbell
                                        BBO #549397
                                        FEINBERG, CAMPBELL & ZACK PC
                                        177 Milk Street
                                        Boston, MA 02109
                                        (617) 338-1976

Certificate of Service

I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to Les Rosen, President, Moskowitz Motor Transportation, Inc., 1293 Norwich Road, Plainfield, CT 06374.

                                        _/S/ Catherine M. Campbell
                                        Catherine M. Campbell